FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTYN MICHAEL DAVIS,<br><br>Defendant. | No. 2:20-CR-00185-RMP-1<br><br>ORDER TO QUASH WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>**MOTION GRANTED**<br>**(ECF No. 10)** |
|---|---|

Before this Court is the United States' Motion to Quash the Writ of Habeas Corpus Ad Prosequendum, issued on December 18, 2020, **ECF No. 7**.

Defendant is scheduled to appear before this Court on December 23, 2020, and the Writ is no longer necessary. Accordingly, **IT IS ORDERED**, the Clerk of Court will quash the Writ of Habeas Corpus Ad Prosequendum.

**IT IS SO ORDERED.**

DATED December 22, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1