PROB 12C
(6/16)

Report Date: June 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Austyn Michael Davis | Case Number: 0980 2:20CR00185-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99226 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2021

| | |
|---|---|
| Original Offense: | Felon and Unlawful User of a Controlled Substance in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1),(3); 924(a)(2) |
| Original Sentence: | Prison - 36 months      Type of Supervision: Supervised Release |
| | TSR - 36 months |
| Asst. U.S. Attorney: | Timothy John Ohms      Date Supervision Commenced: March 15, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr.      Date Supervision Expires: March 14, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On March 19, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Davis, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: On or about May 28, 2024, Austyn Davis allegedly violated standard condition number 5 by failing to report a change in his living arrangement. |
| | On May 28, 2024, this officer became aware that the offender had not been living at his approved residence with his wife and children. |

Prob12C
Re: Davis, Austyn Michael
June 26, 2024
Page 2

On May 29, 2024, Mr. Davis reported to the U.S. Probation Office to meet with the assigned probation officer. When confronted about his violation behavior, the offender admitted that he had not been staying at his approved residence regularly; it should be noted that he did not request or receive authorization to reside elsewhere.

Later that same date, on May 29, 2024, the offender advised that he could move in with his grandfather.

2   **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about May 24, 2024, Austyn Davis allegedly violated special condition number 7 by consuming methamphetamine.

On May 29, 2024, the offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine and amphetamine. Mr. Davis denied any illicit drug use, and signed a denial of use form confirming his denial; as such, the sample was sent to the laboratory for further testing.

On June 5, 2024, the laboratory results were received, which confirmed that the urine sample provided by the offender on May 29, 2024, was in fact positive for methamphetamine and amphetamine.

On June 17, 2024, Mr. Davis subsequently admitted to the use of methamphetamine on or about May 24, 2024, and he signed an admission of use form confirming that use.

3   **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about May 31, 2024, Austyn Davis allegedly violated special condition number 7 by consuming methamphetamine.

On June 17, 2024, Mr. Davis reported to the U.S. Probation Office as instructed by the assigned probation officer. During that meeting, the offender subsequently admitted to the use of methamphetamine on or about May 31, 2024. He signed an admission of use form confirming that use.

4   **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about June 14, 2024, Austyn Davis allegedly violated special condition number 7 by consuming methamphetamine and cocaine.

On June 17, 2024, Mr. Davis reported to the U.S. Probation Office as instructed by the assigned probation officer. During that meeting, the offender subsequently admitted to the use of methamphetamine on or about June 14, 2024. He signed an admission of use form confirming that use.

He was subject to random urinalysis testing on that date, but insisted he was unable to provide a urine sample before close of business. Because this officer had concerns that the offender would be positive for more than just methamphetamine, Mr. Davis was instructed to report back to the probation office the next morning, on June 18, 2024.

On June 18, 2024, the offender reported to the U.S. Probation Office as instructed and was subject to random urinalysis testing. Mr. Davis provided a urine sample that was presumptive positive for methamphetamine and cocaine. Although he had admitted to the use of methamphetamine, he adamantly denied consuming cocaine, so the sample was sent to the laboratory for further testing.

On June 22, 2024, the undersigned received notification from the laboratory that the sample provided by Mr. Davis on June 18, 2024, was in fact positive for cocaine.

| 5 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On June 20, 2024, Austyn Davis allegedly violated special condition number 5 by failing to report to his group substance abuse treatment session as scheduled.

On June 21, 2024, this officer received notification from Pioneer Human Services (PHS) that the offender had failed to report for his group treatment session on June 20, 2024. It should be noted that Mr. Davis did not request or receive authorization to miss his regularly scheduled treatment session.

| 6 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On June 24, 2024, Austyn Davis allegedly violated special condition number 5 by failing to report to his group substance abuse treatment session as scheduled.

On June 25, 2024, this officer received notification from PHS that the offender failed to report for his group treatment session on June 20, 2024. It should be noted that Mr. Davis did not request or receive authorization to miss his regularly scheduled treatment session.

Prob12C
**Re: Davis, Austyn Michael**
**June 26, 2024**
**Page 4**

| | | |
|---|---|---|
| 7 | | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On June 25, 2024, Austyn Davis allegedly violated standard condition number 2 by failing to report as instructed.

On the morning of June 25, 2024, this officer attempted to contact the offender to instruct him to report to the probation office for random urinalysis testing, but was unsuccessful. Mr. Davis was subsequently instructed, via voice and text messages, to report to the U.S. Probation Office by 11 a.m. that same date.

Shortly before he was scheduled to report, on June 25, 2024, the offender sent this officer a text message stating he was "not doing great right now" and insisted he needed treatment. The undersigned responded by reiterating the instruction to report by 11 a.m. and assuring Mr. Davis that we would discuss how he was doing once he had reported. Unfortunately, the offender failed to report and his whereabouts are currently unknown.

8   **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On or about June 25, 2024, Austyn Davis allegedly violated standard condition number 5 by failing to report a change in his living arrangement.

On June 25, 2024, this officer contacted the offender's grandfather in an attempt to locate Mr. Davis. During that conversation, the undersigned learned that the offender had not been staying at the approved residence, where he had requested to reside, for approximately 3 weeks.

9   **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On or about June 25, 2024, Austyn Davis allegedly violated standard condition number 7 by failing to maintain full time employment.

On June 26, 2024, the undersigned officer contacted the offender's employer, Metals Fabrication Co. According to the information received from the employer, Mr. Davis last reported for work on June 13, 2024, and they have not seen or heard from him since.

Prob12C
Re: Davis, Austyn Michael
June 26, 2024
Page 5

After more than a week of messaging the offender with no response, his employment was subsequently terminated on June 25, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/26/2024

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

June 26, 2024
Date