PROB 12C
(6/16)

Report Date: April 1, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Austyn Michael Davis    Case Number: 0980 2:20CR00185-TOR-1

Address of Offender: ▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Felon and Unlawful User of a Controlled Substance in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), (3); 924(a)(2) | | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | March 15, 2024 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: | March 14, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/26/2024 and 10/31/2024.

On March 19, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Davis, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On March 28, 2025, Austyn Davis allegedly violated mandatory condition number 1 by being charged with Obstructing a Law Enforcement Officer, in violation of RCW 9A.76.020, and Possession of a Dangerous Weapon, in violation of RCW 9.41.250.1A.<br><br>In the early morning hours of March 28, 2025, an officer with the Spokane Police Department (SPD) was dispatched to a report of a vehicle prowling. According to the information provided to law enforcement, Austyn Davis was seen attempting to break into his friend's Nissan Titan truck, in the parking lot of her apartment building.<br><br>When the officer arrived on scene, he saw a white male in a "hoodie" sweatshirt standing in the parking lot next to a white Nissan Titan; the individual was identified as Mr. Davis, based on photos available to law enforcement. |

Prob12C
**Re: Davis, Austyn Michael**
**April 1, 2025**
Page 2

As the police officer began to exit his patrol vehicle, the offender began running away from the location, despite instructions from the officer to stop. A foot pursuit ensued and after slipping on some rocks, Mr. Davis eventually complied with instructions to stop, and he was subsequently arrested.

A search incident to arrest was conducted and law enforcement found silver brass knuckles on Mr. Davis' person, in his right pocket, which are prohibited.

As a result of the incident, the offender was charged with obstructing a law enforcement officer and possessing a dangerous weapon. He was taken to the Spokane County Jail after being arrested, and he remains there as of the writing of this report.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/01/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

April 1, 2025
Date