PROB 12C
(6/16)

Report Date: July 24, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Austyn Michael Davis | Case Number: 0980 2:20CR00185-TOR-1

Address of Offender: [redacted], Nine Mile Falls, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2021

| | | |
|---|---|---|
| Original Offense: | Felon and Unlawful User of a Controlled Substance in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), (3); 924(a)(2) | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (05/21/2025) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: November 7, 2025 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: March 6, 2028 |

---

## PETITIONING THE COURT

To issue a summons

On November 12, 2025, Mr. Davis signed his revocation judgement relative to case number 2:20CR00185-TOR-1, acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing as directed by your supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Davis allegedly violated special condition number 7 by consuming methamphetamine on or around June 25, 2026<br><br>On June 25, 2026, Mr. Davis submitted to urinalysis testing at Pioneer Human Services (PHS), which resulted in a presumptive positive for methamphetamine. The contract laboratory report confirmed the urine sample to be positive for methamphetamine. |

2 **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing as directed by your supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Davis allegedly violated special condition number 7 by consuming methamphetamine on or around July 12, 2026.

On July 13, 2026, Mr. Davis submitted to urinalysis testing at PHS, which resulted in a presumptive positive for methamphetamine. Mr. Davis admitted to the use of methamphetamine on July 12, 2026, as evidence by his written and verbal admission.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/24/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

July 27, 2026

Date