PROB 12C
(6/16)

Report Date: August 14, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2026

SEAN F. MCAVOY, CLERK

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Austyn Michael Davis — Case Number: 0980 2:20CR00185-TOR-1

Address of Offender: [redacted] Nine Mile Falls, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 17, 2021

Original Offense: Felon and Unlawful User of a Controlled Substance in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), (3); 924(a)(2)

Original Sentence: Prison - 36 months; TSR - 36 months — Type of Supervision: Supervised Release

Revocation Sentence: (May 21, 2025) Prison - 8 month; TSR - 28 months

Asst. U.S. Attorney: Earl Allan Hicks — Date Supervision Commenced: November 7, 2025

Defense Attorney: Nathan Poston — Date Supervision Expires: March 6, 2028

---

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition with previous violations reported to the Court on July 27, 2026.

On November 12, 2025, Mr. Davis signed his revocation judgement relative to case number 2:20CR00185-TOR-1 acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Davis violated his conditions of supervised release by failing to appear for urinalysis testing as directed on or around August 10, 2026.<br><br>On August 10, 2026, Mr. Davis was required to submit to urinalysis testing at Pioneer Human Services. He failed to appear as directed. |

4 **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged Mr. Davis is in violation of his conditions of supervised release by failing to report to the U.S. Probation Office as directed on August 12, 2026.

On August 11, 2026, Mr. Davis was directed to report to the probation office to submit to urinalysis testing. He responded that he understood and would " be there." Mr. Davis failed to report as directed.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 14, 2026

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

August 17, 2026

Date